UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
KWAME OPOKU,

                              Plaintiff,                            CV 13-0940

                                                                       (Spatt, J.)

    -against-

THE TOWN OF SOUTHAMPTON, THE SOUTHAMPTON      STIPULATION OF
TOWN POLICE DEPARTMENT, JAMES OVERTON,            DISCONTINUANCE
WILLIAM WILSON, LIEUTENANT JAMES KIERNAN,
POLICE OFFICER ERIC SICKLES AND UNKNOWN
JOHN DOE SUPERVISORS, DETECTIVES AND POLICE
OFFICERS EMPLOYED BY THE TOWN OF SOUTHAMPTON,

                              Defendants.
---------------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties herein, that the action is hereby discontinued, with prejudice and without costs as to any party against the other, as against defendant WILLIAM WILSON only; the action shall continue as against the remaining defendants.

Dated: April 22, 2013
       Smithtown, N.Y.


BADER, YAKAITIS & NONNENMACHER, LLP      DEVITT SPELLMAN BARRETT, LLP
Attorney for Plaintiff                                            Attorneys for Defendant
350 Fifth Avenue, Suite 7210                       50 Route 111
New York, N.Y. 10118                                             Smithtown, N.Y. 11787

By:_____/s/_____        By:_____/s/_____
JOHN J. NONNENMACHER, ESQ.                         KELLY E. WRIGHT, ESQ.


                                                                 SO ORDERED

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE