UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KWAME OPOKU,

                        Plaintiff,

      -against-

THE TOWN OF SOUTHAMPTON, THE SOUTHAMPTON
TOWN POLICE DEPARTMENT, JAMES OVERTON,
WILLIAM WILSON, LIEUTENANT JAMES KIERNAN,
POLICE OFFICER ERIC SICKLES AND UNKNOWN
JOHN DOE SUPERVISORS, DETECTIVES AND POLICE
OFFICERS EMPLOYED BY THE TOWN OF SOUTHAMPTON,

                        Defendants.
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 01 2013 ★

LONG ISLAND OFFICE

CV 13-0940

(Spatt, J.)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties herein, that the action is hereby discontinued, with prejudice and without costs as to any party against the other, as against defendant WILLIAM WILSON only; the action shall continue as against the remaining defendants.

Dated: April 22, 2013
       Smithtown, N.Y.

| | |
|---|---|
| BADER, YAKAITIS & NONNENMACHER, LLP<br>Attorney for Plaintiff<br>350 Fifth Avenue, Suite 7210<br>New York, N.Y. 10118 | DEVITT SPELLMAN BARRETT, LLP<br>Attorneys for Defendant<br>50 Route 111<br>Smithtown, N.Y. 11787 |
| By:_____/s/_____<br>JOHN J. NONNENMACHER, ESQ. | By:_____/s/_____<br>KELLY E. WRIGHT, ESQ. |

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

The parties are directed to refile this stipulation to include an amended caption in accordance with this Court's Individual motion practices. So Ordered. /s/ Arthur D. Spatt

5/1/13        Arthur D. Spatt, USDJ.