UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KWAME OPOKU,

                        Plaintiff,                        CV 13-0940
                                                                      (Spatt, J.)

      -against-

THE TOWN OF SOUTHAMPTON, THE SOUTHAMPTON        <u>STIPULATION OF</u>
TOWN POLICE DEPARTMENT, JAMES OVERTON,           <u>DISCONTINUANCE</u>
WILLIAM WILSON, LIEUTENANT JAMES KIERNAN,
POLICE OFFICER ERIC SICKLES AND UNKNOWN
JOHN DOE SUPERVISORS, DETECTIVES AND POLICE
OFFICERS EMPLOYED BY THE TOWN OF SOUTHAMPTON,
                        Defendants.
-----------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties herein, that the action is hereby discontinued, with prejudice and without costs as to any party against the other, as against defendant WILLIAM WILSON only; the action shall continue as against the remaining defendants, and it is further

      STIPULATED AND AGREED that the caption of the Second Amended Complaint shall be amended so as to read as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KWAME OPOKU,

                        Plaintiff,                        CV 13-0940

                                                                      (Spatt, J.)

      -against-

THE TOWN OF SOUTHAMPTON, THE SOUTHAMPTON
TOWN POLICE DEPARTMENT, JAMES OVERTON,
LIEUTENANT JAMES KIERNAN,  POLICE OFFICER
ERIC SICKLES AND UNKNOWN   JOHN DOE
SUPERVISORS, DETECTIVES AND POLICE OFFICERS
 EMPLOYED BY THE TOWN OF SOUTHAMPTON,

                        Defendants.
-----------------------------------------------------------------------X

Dated: May 10, 2013
      Smithtown, N.Y.

| | |
|---|---|
| BADER, YAKAITIS & NONNENMACHER, LLP | DEVITT SPELLMAN BARRETT, LLP |
| Attorney for Plaintiff | Attorneys for Defendant |
| 350 Fifth Avenue, Suite 7210 | 50 Route 111 |
| New York, N.Y. 10118 | Smithtown, N.Y. 11787 |
| By:_____/s/_____ | By:_____/s/_____ |
| JOHN J. NONNENMACHER, ESQ. | KELLY E. WRIGHT, ESQ. |

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE